0UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20770

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

CR-ZLOCH/HUNT

Sealed

UNITED STATES OF AMERICA

vs.

RANDY SAM JACKSON and
BRADEN ANTHONY JONES,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 30, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**RANDY SAM JACKSON**
**and**
**BRADEN ANTHONY JONES,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to knowingly, and with the intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about April 30, 2013, **RANDY SAM JACKSON** and **BRADEN ANTHONY JONES** maintained in their possession a notebook containing over 635 names, social security numbers, and dates of birth of individuals.

2. On or about April 30, 2013, **RANDY SAM JACKSON** and **BRADEN ANTHONY JONES** utilized a laptop computer to begin a federal income tax return application and refund for "D.T." using "Express1040.com."

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2

On or about April 30, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**RANDY SAM JACKSON
and
BRADEN ANTHONY JONES,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 3-9

On or about April 30, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**RANDY SAM JACKSON**
and
**BRADEN ANTHONY JONES,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, to knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers, said conduct affecting interstate and foreign commerce, as charged in Count 2, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below:

| Count | Means of Identification |
|---|---|
| 3 | Social security number XXX-XX-2357 issued to "A.C." |
| 4 | Social security number XXX-XX-4632 issued to "A.G." |
| 5 | Social security number XXX-XX-7808 issued to "R.R." |
| 6 | Social security number XXX-XX-8222 issued to "H.S." |
| 7 | Social security number XXX-XX-5975 issued to "J.F." |
| 8 | Chase visa card number XXXXXXXXXXXX-0629 issued to "C.C." |
| 9 | Chase visa card number XXXXXXXXXXXX-3567 issued to "M.J." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which each of the defendants, **RANDY SAM JACKSON and BRADEN ANTHONY JONES**, have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1029, each of the defendants, shall forfeit to the United States any property constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as the result of such violation and any personal property that the defendants used or intended to be used to commit the offenses, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

3

3.      The property which is subject to forfeiture includes, but is not limited to a forfeiture money judgment in the amount of proceeds obtained as a result of the charged offenses.

4.      All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1029(c)(1)(C), and 1029(c)(2), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BROOKE C. WATSON
ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| BRADEN ANTHONY JONES and RANDY SAM JACKSON | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendants.** _____ / | **Superseding Case Information:** |

| | | | |
|---|---|---|---|
| **Court Division**: (Select One) | New Defendant(s) | Yes ____ | No ____ |
| | Number of New Defendants | ____ | |
| __X__ Miami ____ Key West | Total number of counts | ____ | |
| ____ FTL ____ WPB ____ FTP | | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect   ____

4. This case will take   1-2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)
   I     0 to 5 days       X           Petty        ____
   II    6 to 10 days      ____        Minor        ____
   III   11 to 20 days     ____        Misdem.      ____
   IV    21 to 60 days     ____        Felony         X
   V     61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)   Yes ____
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes   X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes   X   No

_____
BROOKE C. WATSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5501144

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** RANDY SAM JACKSON

**Case No:** _____

Count #: 1

Conspiracy to possess fifteen (15) or more unauthorized access devices

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty: 5 Years' Imprisonment**

Count #: 2

Possession of fifteen (15) or more unauthorized access devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty: 10 Years' Imprisonment**

Count #: 3

Aggravated identity theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty: 2 Years Imprisonment Consecutive to any other Sentence**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** BRADEN ANTHONY JACKSON

**Case No:** _____

Count #: 1

Conspiracy to possess fifteen (15) or more unauthorized access devices

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty: 5 Years' Imprisonment**

Count #: 2

Possession of fifteen (15) or more unauthorized access devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty: 10 Years' Imprisonment**

Count #: 3

Aggravated identity theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty: 2 Years Imprisonment Consecutive to any other Sentence**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.