UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW, FT. LAUDERDALE, FL

STATUS CONFERENCE MINUTES

DEFT: BRADEN ANTHONY JONES (no deft)   CASE NO: 13-20770-CR-Zloch

AUSA: Brooke Watson / Larry Bardfeld   ATTY FPD-Jan Smith present

DAR 11:14:50 TIME 5 min

Discovery out
no mots.
AUSA Watson in trial
to confirm status.
FPD has not seen discovery.
Discovery ordered by Tuesday.

DATE: October 31, 2013   TIME 11:00am   PAGE 2