# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: RANDY SAM JACKSON (B)     CASE NO: 13-20770-CR-Zloch

AUSA: Brooke Watson /Harry Barfield/     ATTY: Omar Lopez (temp) — FPD already in case

AGENT:     VIOL:

PROCEEDING: REPORT RE COUNSEL/ARRAIGNMENT     RECOMMENDED BOND:

BOND HEARING HELD - yes / no     COUNSEL APPOINTED: CJA — David O. Markus

BOND SET @:     To be cosigned by: to be appointed

Atty Lopez not retained.
1 sworn for Counsel.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew:
- ❏ Travel extended to:
- ❏ Halfway House

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/(ARRAIGN.)OR REMOVAL: 11-1-13   1:00pm   Snow

STATUS CONFERENCE:

DATE: 10-31-13    TIME: 11:00am    DAR 11:16:52    Begin:    End: (4)

5 min